

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. 98-5-1759-JRG

    Frederic C. & Leonor M. Bolle

                           Debtor

ORDER FOR PAYMENT
OF UNCLAIMED FUNDS

    This case came on for consideration of the motion for payment of unclaimed funds in the amount of $533.54. For the reason stated in the Application and supporting documentation filed contemporaneously herewith,

    IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Northern District of California, San Francisco Division, pay this unclaimed money to the order of:

**GE Capital**
c/o The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02116

Dated: Feb 29 2000

Bankruptcy Judge
Northern District of California
San Francisco Division

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                                CASE NO. 98-5-1759-JRG

Frederic C. & Leonor M. Bolle

                    Debtor

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Kim Sherrie Sawyer, as Counsel for The Locator Services Group Ltd. ("Applicant"), applies to this court for entry of an order directing the Clerk of the Court to remit to the applicant the sum of **$533.54**, said funds having been deposited into the Treasury of the United States pursuant to order of this Court as unclaimed funds for creditor **GE Capital**.

Applicant further states that:

1. Applicant is an attorney or a "funds locator" who has been retained by the creditor. Applicant has obtained an Original Power of Attorney from the individual creditor or the duly authorized representative for the business or the corporation named as the creditor in the order depositing funds into the court. A Power of Attorney, conforming to the official Bankruptcy Form is attached and made a part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously

paid, that any other application for this claim is currently pending before the court, or that any party other than the applicant is entitled to submit an application for this claim.

Respectfully submitted this day, Thursday, January 06, 2000 .

|  |  |
|---|---|
| GE Capital<br>Name of Applicant | THE LOCATOR SERVICES GROUP LTD:<br>BY: _____<br>Signature of Applicant<br><br>Kim Sherrie Sawyer, Counsel<br>Name and Title of Applicant<br><br>The Locator Services Group, Ltd.<br>Company Name<br><br>316 Newbury Street, Suite 32<br>Street Address<br><br>Boston, MA 02116<br>City and State<br><br>(617) 859-0600<br>Telephone<br><br>**Payment Address:**<br>The Locator Services Group Ltd.<br>316 Newbury Street, Suite 32<br>Boston, MA 02116 |

SUBSCRIBED AND SWORN before me this 6th day of January 4th 2000

_Silvia M. Gonzalez_
NOTARY PUBLIC in and for the State of MA,
residing in the County of Suffolk
My commission expires: Dec 23 2005

Case: 98-51759    Doc# 30    Filed: 02/29/00    Entered: 09/03/15 12:18:12    Page 3 of 4

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

GE Capital Mortgage appoints The Locator Services Group Ltd., acting through its General Counsel and research staff, as its attorney in fact to recover, receive or obtain information pertaining to the outstanding funds of GE Capital in the amount of $533.54 held by a governmental entity.

GE Capital Mortgage grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain information pertaining to the outstanding tender of funds of GE Capital in the amount of $533.54 held by a governmental entity.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of GE Capital or GE Capital Mortgage.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of recovering or obtaining information pertaining to the outstanding tender of funds of GE Capital in the amount of $533.54 held by a governmental entity.

GE Capital Mortgage

By: _Charleah Day_
Charleah Day
Assistant Vice President

Tax ID No. _____

AFFIX
CORPORATE SEAL

If corporate seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
that the undersigned hereby says under oath that the corporate seal for this Corporation is unavailable.

By: _Charleah Day_
Charleah Day
Assistant Vice President

Signed this _21_ day of _December_, 1999

State of _CALIFORNIA_
County of _SAN BERNARDINO_

Before me _Charleah Day_ personally appeared and acknowledged to me that he/she/they is/are the person(s) whose name(s) is/are subscribed within the instrument and acknowledged that the execution thereof to be his/her/their free act.

Signature: _____     NOTARY SEAL

My Commission Expires _____

ANA L. RODRIGUEZ
COMM. # 1179854
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
COMM. EXP. APRIL 13, 2002

TLSG Reference Number: 05GE